```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION

WALTER T. DUNNING,

                   Plaintiff,

vs.                                  Case No.  2:05-cv-324-FtM-29DNF

LEE COUNTY SHERIFF'S DEPARTMENT and
MIKE SCOTT,

                   Defendants.
_____/
```

**ORDER**

This matter comes before the Court upon Plaintiff's Petition for Change of Venue (Doc. #3) filed July 8, 2005. Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. §1983 (doc. #1) this same day. Plaintiff requests a change of jurisdiction for this action because he is "not secure or [sic] feel safe in filing this 1983 in this jurisdiction." Motion, ¶5. In particular, Plaintiff complains about the Court's rulings concerning the disposition of Case No. 2:04cv342 involving a former Lee County inmate, Roger H. Barnhart. In support of his Motion, Plaintiff states that he "do[es] not believe that the presiding Judge [Judge Steele] of the Middle District in the Fort Myers Division has the education, nor the experience too [sic] make a fair and impartial decision." Motion, ¶6. Additionally, Plaintiff contends that Judge Steele displays "favoritism" to "those under the color of law." Motion, ¶7. Having reviewed the motion, the Court finds that Plaintiff is essentially seeking to disqualify the undersigned from this case.

Pursuant to 28 U.S.C. § 455(a),[1] "'if a reasonable person, knowing all the circumstances, would expect that the judge would have actual knowledge' of his interest or bias in the case," then the judge should disqualify himself.  See Sao Paulo State of the Federative Republic of Brazil v. American Tobacco Co., Inc., 122 S. Ct. 1290, 1292 (2002)(citing Liljeberg v. Health Servs. Acquisition Corp., 486 U.S. 847, 861 (1988)); Byrne v. Nezhat, 261 F.3d 1075, 1101 (11th Cir. 2001).  Plaintiff has failed to articulate any reasonable basis for recusal and simply makes baseless allegations. The Court finds that a reasonable person would not find an interest or bias in the case requiring recusal by the undersigned.

ACCORDINGLY, it is hereby **ORDERED** that Plaintiff's Petition for Change of Venue (Doc. #3), construed by the Court as a Motion of Recusal, is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida, on this __15th__ day of July, 2005.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

SA:   hmk
Copies: All Parties of Record

---

[1] 28 U.S.C. § 455(a) states that "[a]ny justice, judge, or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."

-2-